JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
1327 "N" Street
Fresno, CA 93721
Telephone: (559) 233-5151

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGSIR SINGH BRAR, aka JESSIE SINGH; MOHAMED NASSER<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DON RIDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>Defendants. | CIVIL No. 06-CV-F-607<br><br>NOTICE OF DISMISSAL BY PLAINTIFF MOHAMED NASSER<br><br>CIS No.: A46172537 |

PLEASE TAKE NOTICE:

The Plaintiff, MOHAMED NASSER, CIS number A46172537, is hereby dismissed without prejudice, from the above-entitled action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: July 31, 2006                               /s/ JAMES M. MAKASIAN
                                                              JAMES M. MAKASIAN
                                                              Attorney for Plaintiffs

1

PDF created with pdfFactory trial version www.pdffactory.com

1   It is so ordered.
2
3   Dated: ___8/3/2006          ____/s/ OLIVER W. WANGER_____
                                UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com