IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGSIR SINGH BRAR,<br><br>    Plaintiff,<br>  v.<br><br>MICHAEL CHERTOFF, Secretary<br>of Homeland Security, et al.,<br><br>    Defendants.<br>_____ | CV F 06-0607 AWI LJO<br><br>ORDER DENYING DEFENDANTS'<br>MOTION TO SEVER AND DISMISS<br>AS MOOT<br><br>ORDER VACATING AUGUST 28,<br>2006 HEARING<br><br>(Document #13) |

  On May 17, 2006, Plaintiff Jagsir Singh Barr and Plaintiff Mohamed Nasser filed a complaint for a declaratory judgment of naturalization.   On July 14, 2006, Defendants filed a motion to sever and dismiss Plaintiff Mohamed Nasser from this action.   Defendants contended that Plaintiff Mohamed Nasser's application for naturalization is not derivative of Plaintiff Jagsir Singh Barr's application, and as such, Plaintiff Mohamed Nasser was misjoined in this action.

  On August 2, 2006, Plaintiffs filed a notice of dismissal of Plaintiff Mohamed Nasser pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.   On August 7, 2006, the court[1] ordered Plaintiff Mohamed Nasser dismissed for this action without prejudice.

  In light of Plaintiffs' voluntary dismissal of Plaintiff Mohamed Nasser from this action, Defendants' motion to sever and dismiss Plaintiff Mohamed Nasser is now moot.

---

[1] Because the undersigned was not available, this order was signed by United States District Court Judge Oliver W. Wanger.

Accordingly, the court ORDERS that:

1. Defendants' motion to sever and dismiss Plaintiff Mohamed Nasser is DENIED as moot; and

2. The previously set hearing date of August 28, 2006 is VACATED, and the parties shall not appear at that time.

IT IS SO ORDERED.

**Dated:    August 15, 2006**                             /s/ Anthony W. Ishii
0m8i78                                                            UNITED STATES DISTRICT JUDGE