JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4212 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212 Fax: (559) 442-4127

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGSIR SINGH BRAR, aka JESSIE SINGH; MOHAMED NASSER<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DON RIDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>Defendants. | CIVIL No.  06-CV-F-607<br><br>NOTICE OF DISMISSAL BY PLAINTIFF JAGSIR SINGH BRAR, aka JESSIE SINGH<br><br>CIS No.:  A 47409381 |

PLEASE TAKE NOTICE:

The Plaintiff, JAGSIR SINGH BRAR, CIS number A 47409381, is hereby dismissed from the above-entitled action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 30, 2006                    /s/ JAMES M. MAKASIAN
                                          JAMES M. MAKASIAN
                                           Attorney for Plaintiffs

1

PDF created with pdfFactory trial version www.pdffactory.com

1    It is so ordered.

2

3    Dated: _9/1/06__                    ___/s/ Oliver W. Wanger_____

4                                        UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com